United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                              Case No. 17-11507-amc
Maurice A Glover, Sr.                                                                Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: John              Page 1 of 1              Date Rcvd: Nov 07, 2017
                             Form ID: pdf900          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 09, 2017.
db              +Maurice A Glover, Sr.,    5820 Erdrick St,    Philadelphia, PA 19135-3910

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 08 2017 01:23:59    U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                       TOTAL: 1

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2017                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 7, 2017 at the address(es) listed below:
        ALFONSO G. MADRID    on behalf of Debtor Maurice A Glover, Sr. alfonsomadridlawECF@gmail.com
        BRIAN CRAIG NICHOLAS    on behalf of Creditor    LSF9 MASTER PARTICIPATION TRUST
        bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com
        MARIO J. HANYON    on behalf of Creditor    LSF9 MASTER PARTICIPATION TRUST paeb@fedphe.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| MAURICE A. GLOVER, SR. | : | CASE NO: 17-11507AMC |
| | : | |
| Debtor | : | |
| | : | |
| _____ | : | |

### ORDER TO ALLOW COUNSEL FEES

Upon consideration of the foregoing Application for Compensation of Debtor's Attorney, and upon notice, opportunity for hearing, and/or certification of no objection, counsel fees are allowed in the following amounts:

| | |
|---|---|
| Total fee award: | $ 3,000.00 |
| Attorney fee already paid by Debtor | $ 1,000.00 |
| **Net amount to be paid by Trustee** | **$ 2,000.00** |

The net amount is to be paid by the Trustee to Alfonso Madrid, Esquire, from available funds in the Debtor's estate.

BY THE COURT:

**Date: November 7, 2017**

_____

Ashely M. Chan
United States Bankruptcy Judge