# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Maurice A. Glover Sr. | |
| Debtor | CHAPTER 13 |
| LSF9 Master Participation Trust | |
| Movant | |
| vs. | NO. 17-11507 AMC |
| Maurice A. Glover Sr. | |
| Debtor | |
| Esther V. Glover    Co-Debtor | |
| | 11 U.S.C. Sections 362 and 1301 |
| William C. Miller Esq. | |
| Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Certificate of No Objection of LSF9 Master Participation Trust, which was filed with the Court on or about May 9, 2018 (Document No. 37).

Respectfully submitted,

**/s/ Kevin G. McDonald, Esquire**
Kevin G. McDonald, Esquire
Attorney for Movant
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322

May 9, 2018