IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE | CHAPTER 13 |
| MAURICE A. GLOVER, SR. | CASE NO: 17-11507AMC |
| Debtor | |

## ORDER

AND NOW, this 31st day of July, 2018, upon consideration of the Motion for Relief from the Automatic Stay filed by of LSF9 Master Participation Trust ("Movant"), the Debtor's response thereto, and after notice and hearing;

IT IS ORDERED, that the Motion is DENIED subject to the conditions set forth below:

1. Within seven (7) days of the entry of this Order, if Debtor has not already done so, Debtor shall file an Amended Chapter 13 Plan as stated in the response to the Motion.

2. Movant shall file an Amended Proof of Claim to include the post-petition arrears, including fees and costs, from January 2018 through June 2018. Form 410A shall not be required for this Amended Proof of Claim, but Movant must identify the post-petition months that are unpaid and the associated fees and costs.

3. Beginning July 1, 2018, Debtor must maintain current monthly mortgage payments to Movant thereafter.

4. On or before ~~July 20, 2018~~ August 15, 2018, Debtor must tender to the Standing Chapter 13 Trustee the special direct payment of $2,000.00 identified in Debtor's response to the Motion, in addition to his ongoing monthly payments being made via wage garnishment.

5. In the event that Debtor fails to make any post-petition mortgage payments on or

before their due dates (or any applicable contractual grace periods), or the special Trustee payment, Movant may give the Debtor and Debtor's counsel written notice of the default. If such default is not cured within fourteen (14) days after service of the notice, upon Certification of Default filed with the Court and served on the Debtor and Debtor's counsel, the Court may terminate the automatic stay without a further hearing.

6. If the case is converted to Chapter 7, Movant may file a Certification of Default with the Court and the Court may enter an order granting Movant relief from the automatic stay.

_____
Ashely M. Chan
United States Bankruptcy Judge