United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                              Case No. 17-11507-amc
Maurice A Glover, Sr.                                               Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: John              Page 1 of 1                Date Rcvd: Aug 01, 2018
                              Form ID: pdf900         Total Noticed: 9
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 03, 2018.
```
db             +Maurice A Glover, Sr.,    5820 Erdrick St,    Philadelphia, PA 19135-3910
13901055       +LSF9 MASTER PARTICIPATION TRUST,    c/o BRIAN CRAIG NICHOLAS,     KML Law Group, P.C.,
                701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13905599       +LSF9 MASTER PARTICIPATION TRUST,    c/o MARIO J. HANYON,    Phelan Hallinan & Schmieg,
                1617 John F. Kennedy Blvd. Suite 1400,    Philadelphia, PA 19103-1814
13959762       +LSF9 Master Participation Trust,    In c/o Caliber Home Loans, Inc.,    13801 Wireless Way,
                Oklahoma City, OK 73134-2500
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Aug 02 2018 02:37:57     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 02 2018 02:37:30
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 02 2018 02:37:53     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Aug 02 2018 03:00:44     Synchrony Bank,
                c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
13877255       +E-mail/Text: ECMBKMail@Caliberhomeloans.com Aug 02 2018 02:38:21
                LFS9 Master Trst c/o Caliber Home Loans,    13801 Wireless Way,   Oklahoma City, OK 73134-2500
                                                                                              TOTAL: 5
```

```
               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2018                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 1, 2018 at the address(es) listed below:
```
              ALFONSO G. MADRID    on behalf of Debtor Maurice A Glover, Sr. alfonsomadridlawECF@gmail.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    LSF9 MASTER PARTICIPATION TRUST
               bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    LSF9 MASTER PARTICIPATION TRUST
               bkgroup@kmllawgroup.com
              KEVIN M. BUTTERY    on behalf of Creditor    LSF9 MASTER PARTICIPATION TRUST bkyefile@rasflaw.com
              MARIO J. HANYON    on behalf of Creditor    LSF9 MASTER PARTICIPATION TRUST paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                              TOTAL: 7
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| MAURICE A. GLOVER, SR. | : | CASE NO: 17-11507AMC |
| | : | |
| Debtor | : | |
| | : | |
| _____ | : | |

## ORDER

AND NOW, this 31st day of July, 2018, upon consideration of the Motion for Relief from the Automatic Stay filed by of LSF9 Master Participation Trust ("Movant"), the Debtor's response thereto, and after notice and hearing;

IT IS ORDERED, that the Motion is DENIED subject to the conditions set forth below:

1. Within seven (7) days of the entry of this Order, if Debtor has not already done so, Debtor shall file an Amended Chapter 13 Plan as stated in the response to the Motion.

2. Movant shall file an Amended Proof of Claim to include the post-petition arrears, including fees and costs, from January 2018 through June 2018. Form 410A shall not be required for this Amended Proof of Claim, but Movant must identify the post-petition months that are unpaid and the associated fees and costs.

3. Beginning July 1, 2018, Debtor must maintain current monthly mortgage payments to Movant thereafter.

4. On or before ~~July 20, 2018~~ August 15, 2018, Debtor must tender to the Standing Chapter 13 Trustee the special direct payment of $2,000.00 identified in Debtor's response to the Motion, in addition to his ongoing monthly payments being made via wage garnishment.

5. In the event that Debtor fails to make any post-petition mortgage payments on or

before their due dates (or any applicable contractual grace periods), or the special Trustee payment, Movant may give the Debtor and Debtor's counsel written notice of the default. If such default is not cured within fourteen (14) days after service of the notice, upon Certification of Default filed with the Court and served on the Debtor and Debtor's counsel, the Court may terminate the automatic stay without a further hearing.

6. If the case is converted to Chapter 7, Movant may file a Certification of Default with the Court and the Court may enter an order granting Movant relief from the automatic stay.

_____
Ashely M. Chan
United States Bankruptcy Judge