# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| MAURICE A. GLOVER, SR. | : | CASE NO: 17-11507AMC |
| | : | |
| Debtor | : | |
| _____ | : | |

# ORDER

AND NOW, this 11th day of September, 2018, upon consideration of the Debtor's Motion Pursuant to 11 U.S.C. §1329(a) to Modify Plan (the "Motion"), and after notice and hearing;

IT IS ORDERED, that, pursuant to 11 U.S.C. § 1329(a), the Motion is GRANTED. The terms of the confirmed plan shall be modified to conform to the Second Amended Plan filed on August 8, 2018 (Doc no. 45).

_____
Ashely M. Chan
United States Bankruptcy Judge