United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                      Case No. 17-11507-amc
Maurice A Glover, Sr.                                       Chapter 13
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: John              Page 1 of 1          Date Rcvd: Sep 12, 2018
                              Form ID: pdf900         Total Noticed: 5
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 14, 2018.
db            +Maurice A Glover, Sr.,    5820 Erdrick St,    Philadelphia, PA 19135-3910

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: megan.harper@phila.gov Sep 13 2018 02:27:29     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 13 2018 02:26:58
               Pennsylvania Department of Revenue,   Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 13 2018 02:27:20     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            +E-mail/PDF: gecsedi@recoverycorp.com Sep 13 2018 02:44:38     Synchrony Bank,
               c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                           TOTAL: 4

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2018                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 11, 2018 at the address(es) listed below:
              ALFONSO G. MADRID    on behalf of Debtor Maurice A Glover, Sr. alfonsomadridlawECF@gmail.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    LSF9 MASTER PARTICIPATION TRUST
              bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    LSF9 MASTER PARTICIPATION TRUST
              bkgroup@kmllawgroup.com
              KEVIN M. BUTTERY    on behalf of Creditor    LSF9 MASTER PARTICIPATION TRUST bkyefile@rasflaw.com
              MARIO J. HANYON    on behalf of Creditor    LSF9 MASTER PARTICIPATION TRUST paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                           TOTAL: 7
```

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| IN RE | : | CHAPTER 13 |
|  | : |  |
| MAURICE A. GLOVER, SR. | : | CASE NO: 17-11507AMC |
|  | : |  |
| Debtor | : |  |
| _____ | : |  |

## ORDER

AND NOW, this 11th day of September, 2018, upon consideration of the Debtor's Motion Pursuant to 11 U.S.C. §1329(a)to Modify Plan (the "Motion"), and after notice and hearing;

IT IS ORDERED, that, pursuant to 11 U.S.C. § 1329(a), the Motion is GRANTED. The terms of the confirmed plan shall be modified to conform to the Second Amended Plan filed on August 8, 2018 (Doc no. 45).

_____
Ashely M. Chan
United States Bankruptcy Judge