# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| MAURICE A. GLOVER, SR. | : | CASE NO: 17-11507ELF |
| | : | |
| Debtor | : | |
| _____ | : | |

# ORDER

AND NOW, upon consideration of the Debtor's Motion to Determine Validity of Payment Change (the "Motion"), and after notice and hearing;

IT IS ORDERED, that the Motion is **GRANTED**.

IT IS ORDERED the Notice of Mortgage Payment Change filed by U. S. Bank Trust, N.A., through its mortgage servicer, SN Servicing Corp. ("SN", and the "Payment Change Notice"), pursuant to Fed. R. Bankr. P. 3002.1(b) on September 10, 2020, is **STRICKEN**.

**Order entered by default.**

Date:  11/4/20        _____
                      Eric L. Frank
                      United States Bankruptcy Judge