United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Maurice A Glover, Sr.  
    Debtor

Case No. 17-11507-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2  
Date Rcvd: Feb 10, 2021      Form ID: trc      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 12, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 13959762 | + | LSF9 Master Participation Trust, In c/o Caliber Home Loans, Inc., 13801 Wireless Way, Oklahoma City, OK 73134-2500 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 10, 2021 at the address(es) listed below:

**Name**      **Email Address**

ALFONSO G. MADRID  
     on behalf of Debtor Maurice A Glover  Sr. amadrid@clsphila.org

BRIAN CRAIG NICHOLAS  
     on behalf of Creditor LSF9 MASTER PARTICIPATION TRUST bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com

KEVIN G. MCDONALD  
     on behalf of Creditor LSF9 MASTER PARTICIPATION TRUST bkgroup@kmllawgroup.com

KEVIN M. BUTTERY  
     on behalf of Creditor LSF9 MASTER PARTICIPATION TRUST cdigianantonio@rascrane.com

LORRAINE GAZZARA DOYLE  
     on behalf of Creditor U.S. Bank Trust National Association  as Trustee of the Igloo Series IV Trust Lorraine@mvrlaw.com, Diane@mvrlaw.com;bankruptcy@friedmanvartolo.com

MARIO J. HANYON

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 10, 2021 | Form ID: trc | Total Noticed: 1 |

on behalf of Creditor LSF9 MASTER PARTICIPATION TRUST wbecf@brockandscott.com  wbecf@brockandscott.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.

ecfemails@ph13trustee.com  philaecf@gmail.com

TOTAL: 8

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 17-11507-elf
Chapter 13

In re: Debtor(s) (including Name and Address)

Maurice A Glover, Sr.
5820 Erdrick St
Philadelphia PA 19135

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 02/10/2021.

Name and Address of Alleged Transferor(s):

Claim No. 2: LSF9 Master Participation Trust, In c/o Caliber Home Loans, Inc., 13801 Wireless Way, Oklahoma City, OK 73134

Name and Address of Transferee:

U.S. Bank Trust National Association
c/o SN Servicing Corporation
323 5th Street
Eureka, CA 95501

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 02/12/21

Tim McGrath
**CLERK OF THE COURT**