UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Maurice A Glover, Sr.<br>         Debtor<br><br>SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of the Bungalow Series IV Trust<br>Movant<br>v.<br><br>Maurice A Glover, Sr.<br>Esther V Glover- Co-Debtor<br>William C. Miller - Trustee<br>         Respondents | CASE NO.: 17-11507-elf<br><br>CHAPTER 13<br><br>JUDGE: Eric L. Frank |

**ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**

**UPON** consideration of the Certification of Default filed by SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of the Bungalow Series IV Trust dated July 22, 2021, it is

**ORDERED** the automatic stay, heretofore in effect pursuant to 11 U.S.C. § 362(a), is hereby **MODIFIED** pursuant to 11 U.S.C. § 362(d)(1) to permit Movant to exercise all *in rem* rights available to it under applicable law with respect to 5820 Erdrick Street, Philadelphia, PA 1913 and it is further;

**ORDERED** that the Co-Debtor stay in effect as it pertains to Richard B. Kerbacher and Esther V Glover pursuant to section 1301(a) of the Bankruptcy Code is hereby **MODIFIED** to allow Movant its successors and/or assigns to commence and /or continue with a foreclosure action and eviction proceeding with regard to the Premises; and it is further

**ORDERED** that in the event this case is converted to a case under any other chapter of the U.S. Bankruptcy Code, this Order will remain in full force and effect.

Date:  8/2/21

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**