United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 17-11507-elf |
|---|---|
| Maurice A Glover, Sr. | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Aug 02, 2021 | Form ID: pdf900 | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 04, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Maurice A Glover, Sr., 5820 Erdrick St, Philadelphia, PA 19135-3910 |
| cr | + | U.S. Bank Trust National Association, as Trustee o, SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: bknotices@snsc.com | Aug 02 2021 23:27:00 | SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Aug 02 2021 23:37:08 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 04, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 2, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALFONSO G. MADRID | on behalf of Debtor Maurice A Glover Sr. amadrid@clsphila.org |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor LSF9 MASTER PARTICIPATION TRUST bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |

District/off: 0313-2  User: admin  Page 2 of 2
Date Rcvd: Aug 02, 2021  Form ID: pdf900  Total Noticed: 4

KEVIN G. MCDONALD
on behalf of Creditor LSF9 MASTER PARTICIPATION TRUST bkgroup@kmllawgroup.com

KEVIN M. BUTTERY
on behalf of Creditor LSF9 MASTER PARTICIPATION TRUST cdigianantonio@rascrane.com

LORRAINE GAZZARA DOYLE
on behalf of Creditor U.S. Bank Trust National Association as Trustee of the Bungalow Series IV Trust Lorraine@mvrlaw.com, Diane@mvrlaw.com;bankruptcy@friedmanvartolo.com

LORRAINE GAZZARA DOYLE
on behalf of Creditor U.S. Bank Trust National Association as Trustee of the Igloo Series IV Trust Lorraine@mvrlaw.com, Diane@mvrlaw.com;bankruptcy@friedmanvartolo.com

MARIO J. HANYON
on behalf of Creditor LSF9 MASTER PARTICIPATION TRUST wbecf@brockandscott.com mario.hanyon@brockandscott.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
ecfemails@ph13trustee.com philaecf@gmail.com

TOTAL: 9

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:   Maurice A Glover, Sr.<br>              Debtor | CASE NO.: 17-11507-elf<br><br>CHAPTER 13<br><br>JUDGE: Eric L. Frank |
| SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of the Bungalow Series IV Trust<br>              Movant<br>v.<br><br>Maurice A Glover, Sr.<br>Esther V Glover- Co-Debtor<br>William C. Miller - Trustee<br>              Respondents | |

### ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

**UPON** consideration of the Certification of Default filed by SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of the Bungalow Series IV Trust dated July 22, 2021, it is

**ORDERED** the automatic stay, heretofore in effect pursuant to 11 U.S.C. § 362(a), is hereby **MODIFIED** pursuant to 11 U.S.C. § 362(d)(1) to permit Movant to exercise all *in rem* rights available to it under applicable law with respect to 5820 Erdrick Street, Philadelphia, PA 1913 and it is further;

**ORDERED** that the Co-Debtor stay in effect as it pertains to Richard B. Kerbacher and Esther V Glover pursuant to section 1301(a) of the Bankruptcy Code is hereby **MODIFIED** to allow Movant its successors and/or assigns to commence and /or continue with a foreclosure action and eviction proceeding with regard to the Premises; and it is further

**ORDERED** that in the event this case is converted to a case under any other chapter of the U.S. Bankruptcy Code, this Order will remain in full force and effect.

Date:  8/2/21

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**