# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| MAURICE A. GLOVER, SR. | : | CASE NO: 17-11507ELF |
| | : | |
| Debtor | : | |
| | : | |

## PRAECIPE TO WITHDRAW DOCUMENT

TO CLERK OF COURT

Please be advised that Debtor withdraws the Motion for Relief from Order Modifying the Automatic Stay (the "Motion"), filed on August 27, 2021.  Doc. No. 70.

    /s/ Alfonso Madrid
ALFONSO MADRID
Community Legal Services of Philadelphia
Attorney for Debtor
1410 W. Erie Ave.
Philadelphia PA 19140
(215) 215-227-4795
(215)227-2435
amadrid@clsphila.org