To Whom it May Concern,

I Maurice Glover Sr. would like the courts to concider my views on my Counsels Motion to withdrow representing me on Bankruptcy case #17-11507ELF on Jan. 4, 2021

Yours truly,
Maurice Glover Sr.

FILED
DEC 15 2021
TIMOTHY McGRATH, CLERK
DEP. CLERK