# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| MAURICE GLOVER, SR. | : | CASE NO: 17-11507ELF |
| | : | |
| Debtor | : | |
| _____ | : | |

## PRAECIPE TO WITHDRAW DOCUMENT

TO CLERK OF COURT

Please be advised that undersigned Debtor's counsel withdraws the Motion to Withdraw as Attorney for Debtor (the "Motion"), filed on November 29, 2021. Doc. No. 75.

          /s/ Alfonso Madrid
ALFONSO MADRID
Community Legal Services of Philadelphia
Attorney for Debtor
1410 W. Erie Ave.
Philadelphia PA 19140
(215) 215-227-4795
(215)227-2435
amadrid@clsphila.org