United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-11507-elf |
| Maurice A Glover, Sr. | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jan 20, 2022 | Form ID: pdf900 | Total Noticed: 23 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 22, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Maurice A Glover, Sr., 5820 Erdrick St, Philadelphia, PA 19135-3910 |
| cr | + | U.S. Bank Trust National Association, as Trustee o, SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |
| 13877252 | + | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 14582297 | + | FRIEDMAN VARTOLO, LLP, Attorneys for SN Servicing Corporation, 85 Broad Street, Suite 501, New York, New York 10004-1734 |
| 13901055 | + | LSF9 MASTER PARTICIPATION TRUST, c/o BRIAN CRAIG NICHOLAS, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 13905599 | + | LSF9 MASTER PARTICIPATION TRUST, c/o MARIO J. HANYON, Phelan Hallinan & Schmieg, 1617 John F. Kennedy Blvd. Suite 1400, Philadelphia, PA 19103-1814 |
| 13959762 | + | LSF9 Master Participation Trust, In c/o Caliber Home Loans, Inc., 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| 13877257 | + | Philadelphia Gas Works, 800 W. Montgomery Ave., Philadelphia, PA 19122-2898 |
| 13877258 | + | Philadelphia Water Revenue Dept., 1401 JFK Blvd, Philadelphia, PA 19102-1606 |
| 14582512 | + | U.S. Bank Trust National Association, c/o Lorraine Gazzara Doyle, Esq, 1325 Franklin Avenue, Ste 230, Garden City, NY 11530-1631 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 20 2022 23:42:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 20 2022 23:42:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 20 2022 23:42:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | | Email/Text: bknotices@snsc.com | Jan 20 2022 23:42:00 | SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Jan 20 2022 23:45:57 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13973650 | | Email/Text: megan.harper@phila.gov | Jan 20 2022 23:42:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 13877253 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jan 20 2022 23:42:00 | Credit Collections Services, Po Box 773, Needham, MA 02494-0918 |
| 13877255 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Jan 20 2022 23:42:00 | LFS9 Master Trst c/o Caliber Home Loans, 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| 13877256 | + | Email/Text: bankruptcygroup@peco-energy.com | Jan 20 2022 23:42:00 | PECO Energy, 2301 Market St., N3-1, Philadelphia, PA 19103-1380 |
| 13915006 | + | Email/Text: bankruptcygroup@peco-energy.com | | |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 20, 2022 | Form ID: pdf900 | Total Noticed: 23 |

|  |  | Jan 20 2022 23:42:00 | PECO Energy Company, 2301 Market Street, S4-1, Philadelphia, PA 19103-1380 |
|---|---|---|---|
| 13877259 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 20 2022 23:45:53 | Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 13878378 | + Email/PDF: rmscedi@recoverycorp.com | Jan 20 2022 23:56:28 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14582295 | + Email/Text: bknotices@snsc.com | Jan 20 2022 23:42:00 | U.S. Bank Trust National Association, c/o SN Servicing Corporation, 323 5th Street, Eureka, CA 95501-0305 |

TOTAL: 13

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14582296 | *+ | U.S. Bank Trust National Association, c/o SN Servicing Corporation, 323 5th Street, Eureka, CA 95501-0305 |
| 13877254 | ##+ | Equiant Financial Svcs, Attn: Bankrupty Dept, 5401 N Pima Rd, Scottsdale, AZ 85250-2630 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 22, 2022        Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 20, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALFONSO G. MADRID | on behalf of Debtor Maurice A Glover Sr. amadrid@clsphila.org |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor LSF9 MASTER PARTICIPATION TRUST bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor LSF9 MASTER PARTICIPATION TRUST bkgroup@kmllawgroup.com |
| KEVIN M. BUTTERY | on behalf of Creditor LSF9 MASTER PARTICIPATION TRUST cdigianantonio@rascrane.com |
| LORRAINE GAZZARA DOYLE | on behalf of Creditor U.S. Bank Trust National Association as Trustee of the Bungalow Series IV Trust ldoyle@milsteadlaw.com, bankruptcy@friedmanvartolo.com |
| LORRAINE GAZZARA DOYLE | on behalf of Creditor U.S. Bank Trust National Association as Trustee of the Igloo Series IV Trust ldoyle@milsteadlaw.com, bankruptcy@friedmanvartolo.com |
| MARIO J. HANYON | |

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Jan 20, 2022 | Form ID: pdf900 | Total Noticed: 23

on behalf of Creditor LSF9 MASTER PARTICIPATION TRUST wbecf@brockandscott.com  mario.hanyon@brockandscott.com

United States Trustee
   USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| MAURICE A GLOVER, SR., | : | |
| Debtor | : | Bky. No.  17-11507 ELF |

## O R D E R   D I S M I S S I N G   C H A P T E R   1 3   C A S E

**AND NOW,** the Debtor having filed a Motion to Dismiss Chapter 13 Case, see 11 U.S.C. § 1307(b), Fed. R. Bankr. P. 1017(f) and 9013, and the court having considered the record and finding that this case has not been converted previously under 11 U.S.C. §§706, 1112 or 1208,

It is hereby **ORDERED** that any wage orders presently in effect are **VACATED** and this case is **DISMISSED**.

**Date: January 20, 2022**

———————————————
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**